UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

VIRGINIA D. HATCH
BILLY HATCH,

Case No. 8:03-CV-1811-T-17MSS

    Appellants.

vs.

RALPH JAY HARPLEY, TRUSTEE

Bankr. Case No. 94-11705-8B7

    Appellee,
                  /

## MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The Appellant, RALPH JAY HARPLEY, TRUSTEE, by and through undersigned counsel, and pursuant to Bankruptcy Rules 8009 and 8011, respectfully submits this Memorandum in support of its Motion for Extension of Time to File Brief, and states as follows:

1. The undersigned is counsel of record for the Appellee.

2. The Appellants filed their brief on September 11, 2003.

3. The Appellants did not serve a copy of their Initial Brief on the undersigned.

4. The undersigned must take steps to obtain a copy of the Appellants' brief filed herein.

5. The Appellee's brief is due to be filed on September 26, 2003.

6. In view of the foregoing, the Appellee requests an extension of thirty (30) days in order to file his brief.

7.  An extension of time is not requested for purposes of delay and is in the interest of justice. Further, an extension of time as requested would not prejudice the Appellant.

8.  The undersigned has not discussed this Motion with the Appellants.

WHEREFORE, the Appellee respectfully requests this Court to enter an Order granting an extension of thirty (30) days to file his brief in this case.

DENNIS J. LeVINE, ESQ.
Fla. Bar No. 375993
Dennis LeVine & Associates, P.A.
P.O. Box 707
Tampa, Florida 33601
(813) 253-0777
(813) 253-0975 (fax)
Attorney for Appellee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been sent by U.S. Mail, First Class, to Virginia and Billy Hatch, P.O. Box 23318, Little Rock, AR 72211 on this ___ day of September, 2003.

DENNIS J. LeVINE, ESQ.